UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ASA COLLEGE, INC., :
:
                             Petitioner, :
:           24 Civ. 2991 (JPC)
      -v- :
:                ORDER
MID-ATLANTIC REGION COMMISSION ON :
HIGHER EDUCATION d/b/a Middle States Commission :
on Higher Education, :
:
                            Respondent. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By August 23, 2024, the parties should file a joint letter advising the Court of their respective views as to whether the Court should construe Respondent's opposition to the motion to vacate, Dkt. 11, as a petition to confirm the arbitration award and, if the Court were to do so, whether the parties request further briefing.

      SO ORDERED.

Dated: August 16, 2024
       New York, New York

                                                            JOHN P. CRONAN
                                          United States District Judge