```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ASA COLLEGE, INC.,                                               :
                                                                 :
                              Petitioner,                        :
                                                                 :         24 Civ. 2991 (JPC)
            -v-                                                  :
                                                                 :         ORDER
MID-ATLANTIC REGION COMMISSION ON                                :
HIGHER EDUCATION d/b/a Middle States Commission                  :
on Higher Education,                                             :
                                                                 :
                              Respondent.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the partes' joint letter in response to the Court's August 16, 2024 Order. Dkt. 15. Pursuant to Respondent Mid-Atlantic Region Commission on Higher Education's request, the Court construes Respondent's opposition, Dkt. 11, as a motion to confirm the arbitration award. Petitioner may file any further briefing in opposition of confirmation by September 6, 2024. Respondent may file a reply to Petitioner's briefing by September 20, 2024.

SO ORDERED.

Dated: August 23, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge