UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X
     :
ASA COLLEGE, INC.,   :
     :
    Petitioner,   :
     :
    v.   :   No. 1:24-cv-2991 (JPC)
     :
MID-ATLANTIC REGION COMMISSION ON   :
HIGHER EDUCATION d/b/a MIDDLE STATES   :
COMMISSION ON HIGHER EDUCATION,   :
     :
    Respondent.   :
     :
----------------------------------------- X

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the Declaration of Celia Cohen and accompanying exhibits, and all other papers and proceedings herein, Respondent Mid-Atlantic Region Commission on Higher Education d/b/a Middle States Commission on Higher Education will move this Court, before the Honorable John P. Cronan, United States District Judge for the Southern District of New York, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 12D, for an order for a preliminary injunction.

DATED: December 23, 2024
New York, New York

Respectfully Submitted,

 /s/ Celia Cohen
Celia Cohen
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel. 212.223-0200
Fax 212.223-1942
cohenc@ballardspahr.com

Paul Lantieri III*
Matthew G. Kussmaul*
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel. 215.665.8500
lantierip@ballardspahr.com
kussmaulm@ballardspahr.com
*Pro hac vice motions forthcoming

Attorneys for Respondent, MSCHE