UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ASA COLLEGE, INC.,

                Petitioner,

                v.                                        No. 1:24-cv-2991 (JPC)

MID-ATLANTIC REGION COMMISSION ON
HIGHER EDUCATION d/b/a MIDDLE STATES
COMMISSION ON HIGHER EDUCATION,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER**

**AND NOW**, this ____ day of _____, 20___, upon consideration of Respondent Middle States Commission on Higher Education's Motion for a Preliminary Injunction and any response thereto, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. Claimant ASA College, Inc. is hereby **ENJOINED** from proceeding with JAMS arbitration (Ref. No. 5425003086) against Respondent until this Court enters final judgment resolving the parties' cross-motions to confirm or vacate the JAMS arbitration award issued by Arbitrator Stephen P. Sonnenberg, Esquire on January 2, 2024 (JAMS Ref. No. 5425000985). *See* ECF Nos. 1-4, 11.

Dated:_____                _____
                                                                   Hon. John P. Cronan
                                                                   United States District Judge