UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ASA COLLEGE, INC.,

                Petitioner,                              24 **CIVIL** 2991 (JPC)

      -against-                                 **JUDGMENT**

MID-ATLANTIC REGION COMMISSION
ON HIGHER EDUCATION d/b/a
MIDDLE STATES COMMISSION ON
HIGHER EDUCATION,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2025, the Court denies ASA's motion to vacate the Award and grants MSCHE's motion to confirm the Award. The Court also denies MSCHE's motion for a preliminary injunction. Judgment is entered in favor of Respondent Mid-Atlantic Region Commission on Higher Education and the case is closed.

**Dated**: New York, New York
          February 10, 2025

                                                                **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**

                                       **BY:**

                                                                    **Deputy Clerk**